B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

# United States Bankruptcy Court
**Southern** District of **West Virginia**

In re
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

**Shawnee Hills** Debtor

Address **PO Box 3698**
**Charleston, WV 25336**

Case No. **2:02-bk-20983**

Chapter **7**

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____

Employer's Tax Identification (EIN) No(s).(if any): **55-6038719**

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

**Traci Dalton** has filed papers with the court to [relief sought in motion or objection].

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT
MAY 06 2014
SOUTHERN DISTRICT
WEST VIRGINIA

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before <u>(date)</u>, you or your attorney must:

[File with the court a written request for a hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

[Attend the hearing scheduled to be held on ___, ___, at ___ a.m./p.m. in Courtroom ___, United States Bankruptcy Court,

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: **5-5-14**   Signature: **Traci Dalton**
Name: **Traci Dalton**
Address: **69 Willowood Circle**
**Hurricane, WV 25526**

Local Form 3011-1

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

Shawnee Hills,
PO Box 3698
Charleston, WV 25336
    Debtor(s).

Case No. 2:02-bk-20983

Chapter 7

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

MAY 06 2014

SOUTHERN DISTRICT
WEST VIRGINIA

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Traci Dalton, name of movant, moves this Court for entry of an order directing the Clerk to remit to the movant the sum of $478.41, which was deposited into the Treasury of the United States by name of trustee, Trustee, as unclaimed funds for name of individual or entity for whom funds are on deposit ("Claimant").

Movant certifies, under penalty of perjury, that:

1. The funds on deposit with the Treasury of the United States are owed to the Claimant, pursuant to proof of claim # _____ filed with the Clerk on

2. The Claimant is:    Name of Claimant   Traci Dalton
   Current Address of Claimant 69 Willowood Circle
   Telephone Number of Claimant   Hurricane, WV 25526
   304-757-4550

3. The funds sought have not been paid to the Claimant or to any agent on the Claimant's behalf. The funds were not deliverable at the time of original distribution because of address change.

4. The claim has not/has been assigned to the claimant. If the claim has been assigned, copies of all documents evidencing the assignment are attached to this motion;

5. The Claimant does not believe/believes that any other party may be entitled to the funds. If the Claimant believes any other party may be entitled to the funds, include explanation _____.

6. No other motion is pending for recovery of the same unclaimed funds.

7. ☒ Movant is the Claimant. If the Claimant is an individual, a copy of the Claimant's driver's license or other photo identification is attached to this motion.

or

☐ Movant has the authority to collect the funds on behalf of the Claimant, as shown by the attached Power of Attorney or other proof that the Movant is an authorized representative of the Claimant. If the Claimant is the Debtor in this case, copies of any contractual agreements containing the amount of compensation to be received by the representative are also attached to this motion.

or

☐ If the Claimant is deceased, certified copies of all probate documents are attached to this motion as proof of entitlement.

Parties may object by filing a written objection within twenty (20) days of the date of service of this motion. In the event no written objection is timely filed, the Court may enter an order granting the motion without further notice.

Dated: 5-5-14

*Traci Dalton*
Signature of Movant or Representative

Traci Dalton
Printed Name of Movant or Representive

69 Willoward Circle
Hurricane, WV 25526
Address

304 757-4550
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of May, 2014, I mailed a copy of the foregoing to the following:

Office of the U.S. Attorney
Southern District of West Virginia
Post Office Box 1713
Charleston, West Virginia, 25326

Debtor(s) - Names(s) and address Shawnee Hills PO Box 3698 Chas, WV 25336

Counsel for Debtor(s) - Name and address John Nesius PO Box 273 Chas, WV 25321-0273

The United States Trustee and case trustee were served via the Court's electronic filing system.

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

Case Number 2:02-bk-20983

Debtor(s). Shawnee Hills

## CERTIFICATE OF SERVICE

I, the Debtor(s) in this case, certify that I served the both the attached motion and notice upon the following parties at the addresses listed, by mailing true copies of these documents by U.S. Mail, first class, postage prepaid, on the 5th day of May, 2014.

1. Shawnee Hills
   PO Box 3698
   Charleston, WV 25336-3698

2. John Nesius
   PO Box 273
   Charleston, WV 25321-0273

3. Office of the U.S. Attorney
   Southern District of WV
   PO Box 1713
   Charleston, WV 25326

4. U.S. Bankruptcy Court
   300 Virginia St. East
   Charleston, WV 25301

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT
MAY 06 2014
SOUTHERN DISTRICT
WEST VIRGINIA

_Traci Dalton_
Debtor

_____
Joint Debtor